AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  5-29-08 |
|---|---|
| NAME OF SERVER (PRINT)  DANIEL J. GRECO | TITLE  ASSOCIATE ATTORNEY |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  U.S. CERTIFIED MAIL

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL  2 miles @ .45 = .90 | SERVICES  $3.81 | TOTAL  $4.71 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-29-08
       Date

               Signature of Server

Metcalf & Associates, P.C.
Attorneys at Law
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169
Tel: (847) 882-1992

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5-29-08 |
|---|---|
| NAME OF SERVER (PRINT) DANIEL J. GRECO | TITLE ASSOCIATE ATTORNEY |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served: _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): U.S. CERTIFIED MAIL

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL 2 miles @ $.45 = .90 | SERVICES $3.81 | TOTAL $4.71 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-29-08___          _signature_
　　　　　　　　　　Date　　　　　　　Signature of Server

Metcalf & Associates, P.C.
Attorneys at Law
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169
Tel: (847) 882-1992

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 5-29-08 |
|---|---|
| NAME OF SERVER (PRINT) DANIEL J. GRECO | TITLE ASSOCIATE ATTORNEY |

*Check one box below to indicate appropriate method of service*

G ☐ Served personally upon the defendant. Place where served: _____

_____

G ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G ☐ Returned unexecuted: _____

_____

_____

G ☐ Other (specify): U.S. CERTIFIED MAIL

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL 2 miles @ .45 = .90 | SERVICES $3.81 | TOTAL $4.71 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _5-29-08_
Date

_[signature]_
Signature of Server

Metcalf & Associates, P.C.
Attorneys at Law
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169
Tel: (847) 882-1992

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  5-29-08 |

NAME OF SERVER *(PRINT)*
DANIEL J. GRECO

TITLE
ASSOCIATE ATTORNEY

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  U.S. CERTIFIED MAIL

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 miles @ .45 = .90 | $3.81 | $4.71 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-29-08
          Date

Signature of Server

Metcalf & Associates, P.C.
Attorneys at Law
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169
Tel: (847) 882-1992

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 5-29-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DANIEL J. GRECO | ASSOCIATE ATTORNEY |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served: _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): U.S. CERTIFIED MAIL

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 miles @ .45 = .90 | 3.81 | $4.71 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-29-08
_____
Date

_____
Signature of Server

Metcalf & Associates, P.C.
Attorneys at Law
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169
Tel: (847) 882-1992

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.