## CERTIFICATE OF SERVICE

I certify that on July 24, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Michael Mukasey
Attorney General of the United States
U.S. Dept. of Justice – Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington D.C. 20044

*/s/ Pat*

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 24, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Pat Fitzgerald
U.S. Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

*Pat*

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 24, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Department of Homeland Security
Dr. Emilio T. Gonzalez, Director
12th & C Street SW
Washington, DC 20024

*Pat*
_____
Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 24, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Robert L. Blackwood
Chicago district Office Director
U.S. Citizenship and Immigration Services
101 W. Congress Parkway
Chicago, IL 60605

_/s/ Pat_
Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 24, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Department of Homeland Security
MICHAEL CHERTOFF, Secretary
12th & C Street SW
Washington, DC 20024

_____
Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169